Pro Se 14 (INND Rev. 2/20)

-FILED-
DEC 26 2023
At_____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-
DEC 2023
At_____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__DANTE GUY__
[You are the PLAINTIFF, print your full name on this line.]

v.

__BRIAN ENGLISH__
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __3:23-cv-1115__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] BRIAN ENGLISH (WARDEN) | MIAMI CORR. FACILITY 3038 WEST 850 SOUTH BUNKER HILL, IN 46914-9810 |
| 2 | [Put the names of any other defendants in these boxes.] M. MORSON (CAPTAIN) | MIAMI CORR. FACILITY 3038 WEST 850 SOUTH BUNKER HILL, IN 46914-9810 |
| 3 | ISAAC RANDOLPH (GRIEVANCE MANAGER) | MIAMI CORR. FACILITY 3038 WEST 850 SOUTH BUNKER HILL, IN 46914-9810 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __THREE (3)__

2. What is the name and address of your prison or jail? __MIAMI CORR. FACILITY 3038 WEST 850 SOUTH BUNKER HILL, IN 46914-9810__

3. Did the event you are suing about happen there? ☑ Yes.  ☐ No, it happened at: _____

4. On what date did this event occur? __AUG 12, 2023 ON GOING__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. WHILE BEING HOUSED AT THE MIAMI CORRECTIONAL FACILITY I AM BEING DEPRIVED OF OUT OF CELL EXERCISE, SHOWERS OF ATLEAST THREE (3x) TIMES PER WEEK, THE OPPORTUNITY TO CLEAN MY CELL WITH CLEANING CHEMICALS, BROOM AND MOP AND, CONFINED TO A SMALL LIVING SPACE WITH ANOTHER INMATE FOR MORE THAN TEN (10) HOURS PER DAY FOR THE LAST SIX (6) MONTH(S). THE DEFENDANT(S) IN THIS CLAIM HAS DEPRIVED ME OF MY FOURTEENTH (14) AMENDMENT WHICH HAS CAUSED ME CRUEL AND PUNISHMENT.

THE DEFENDANT BRIAN ENGLISH (WARDEN) I'M SURE HAS BEEN INFORMED ABOUT MY SEVERAL GRIEVANCE COMPLAINT(S) CONCERNING THAT I, DANTE GUY IS NOT BEEN GIVEN THE REQUIRED FIFTY-FIVE (55) MINUTES OF EXERCISE FIVE (5) DAYS PER WEEK, THREE (3) SHOWER(S) PER WEEK, CELL CLEAN-UP AND THE APPROPRIATE SQ. FOOT SPACE BETWEEN DANTE GUY AND HIS CELL MATE.

BRIAN ENGLISH AS WARDEN HAS BEEN DELIBERATE INDIFFERENT TO MY DUE PROCESS WHICH HAS CAUSED ME CRUEL AND UNUSAL PUNISHMENT.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

② ON OCT. 3, 2023 I, DANTE GUY RECEIVED A RESPONSE FROM A GRIEVANCE I FILED CONCERNING: "OUT OF CELL EXERCISE" BY CAPTAIN M. MORSON WHICH STATES: "WHILE ON LOCKDOWN STATUS WE WILL NOT ALLOW FOR ANY OUT OF CELL TIME/EXERCISE DUE TO SAFETY AND SECURITY CONCERNS.
THE ONLY TIME YOU WILL COME OUT OF YOUR CELL IS A MEDICAL TYPE APPOINTMENT OR A SHOWER."
WITH THIS STATEMENT GIVEN BY THE DEFENDANT CAPTAIN M. MORSON INDICATES A DELIBERATE INDIFFERENCE TO MY DUE PROCESS. I HAVEN'T BEEN INFORMED BY ANY OF THE DEFENDANT(S) THAT I AM A SAFETY AND SECURITY THREAT TO THE FACILITY.

③ ON OCT. 24, 2023 THE OFFENDER GRIEVANCE MANAGER ISAAC RANDOLPH RESPONDED TO A GRIEVANCE I SUBMITTED CASE #23-158741 WHICH STATED: "I CONCUR WITH THE FACILITY LEVEL RESPONSES, SAFETY AND SECURITY TAKES PRIORITY DURING A LOCKDOWN".
ISAAC RANDOLPH HAS NEVER GIVEN OR SHOWN ME DOCUMENTATION THAT I AM A SAFETY & SECURITY THREAT WHICH HAS ME AS A LOCKDOWN OFFENDER.
ISAAC RANDOLPH HAS SHOWN DELIBERATE INDIFFERENCE TO ME RECEIVING ANY OUT OF CELL EXERCISE TIME WHICH HAS CAUSED ME CRUEL AND UNUSUAL PUNISHMENT.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ⊗ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ⊗ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ⊗ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

I AM SEEKING COMPENSATORY, PUNITIVE DAMAGES IN THE AMOUNT OF $250,000 IN COMPENSATORY DAMAGES IN INDIVIDUAL AND OFFICIAL CAPACITY FROM ALL DEFENDANTS.

AND $250,000.00 FROM ALL DEFENDANTS IN PUNITIVE DAMAGES IN INDIVIDUAL AND OFFICIAL CAPACITY

[Initial Each Statement]
   D.G. I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   D.G. I will keep a copy of this complaint for my records.
   D.G. I will promptly notify the court of any change of address.
   D.G. I WILL NOT send more than one copy of any filing to the court.
   D.G. I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   D.G. I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____              _____
Signature                                      Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]