AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DANTE D GUY *also known as*
Dante Guy
    Plaintiff

               v.    Civil Action No.3:23-cv-1115

BRIAN ENGLISH
*Warden, in individual and official capacity*

M MORSON
*Captain, in individual and official capacity*

ISAAC RANDOLPH
*Grievance Manager, in individual and official capacity*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by   Judge Theresa L Springmann.

DATE:     2/23/2024                             CHANDA J. BERTA, CLERK OF COURT

                                                    by     s/N. Corle
                                                    *Signature of Clerk or Deputy Clerk*

USDC IN/ND case 3:23-cv-01115-TLS-APR   document 6   filed 02/23/24   page 2 of 2